AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Cardamone, Richard J | 2. Court or Organization<br><br>U.S. Court of Appeals, 2d Cir. | 3. Date of Report<br><br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Senior Circuit Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>10 Broad Street<br>Utica, New York 13501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Pension Benefit from State of New York -- Paid upon retirement from New York State System. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | New York State Employee's Retirement System – Pension (per W-2 from State of New York for year 2004) | 22,765.68 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. Prudential Life Ins. Co. | Insurance Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Cardamone, Richard J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Deutsche Bank | A | Dividend | J | T | | | | | |
| 2. IBM | A | Dividend | J | | | | | | |
| 3. IBM | | Dividend | | | | | | | |
| 4. Baxter International | | Dividend | | T | | | | | |
| 5. Exxon Mobil Corp. | A | Dividend | | | | | | | |
| 6. HSBC Bank (CD) | A | Interest | L | T | | | | | |
| 7. AT&T (common) | | Dividend | | | Sold | 10/25 | J | A | |
| 8. Bell South | A | | J | T | | | | | |
| 9. Amgen | | None | L | T | | | | | |
| 10. Berkshire Hathaway Inc. | A | Dividend | | | | | | | |
| 11. Schlumberger Ltd. | | Dividend | | | | | | | |
| 12. Intel Corp. | A | | K | T | | | | | |
| 13. Merck & Co. | | Dividend | | | Sold | 11/10 | K | D | |
| 14. Schering Plough Corp. | A | Dividend | J | | | | | | |
| 15. Royal Dutch Petroleum | B | | K | T | | | | | |
| 16. Ingersoll-Rand Co. | | Dividend | K | T | | | | | |
| 17. National Fuel Gas Co. NJ | | Dividend | K | T | | | | | |
| 18. SBC Communications Inc. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cardamone, Richard J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Wachovia Corp. | A | Dividend | K | | | | | | |
| 20. | CISCO Sys. Inc. | | Dividend | | | Sold | 6/10 | | D | |
| 21. | ImClone Systems Inc. | | None | J | | | | | | |
| 22. | American International Group | | Dividend | | | | | | | |
| 23. | Galaxy Fund | | None | J | T | | | | | |
| 24. | Flextronics Int'l Ltd. | | | K | | | | | | |
| 25. | Fisher Scientific | | | K | | | | | | |
| 26. | FPL Group Inc. (common) | A | | J | T | | | | | |
| 27. | Danske Bank ADR | | None | J | | Buy | 12/22 | J | | |
| 28. | Symantec Corp. | | | | | Buy | 12/22 | J | | |
| 29. | ChevronTexaco Corp. | | Dividend | K | T | Buy | 10/6 | K | | |
| 30. | Air Products & Chemicals Inc. | | | K | T | Buy | 11/19 | K | | |
| 31. | Helen of Troy | | | J | | | | | | |
| 32. | Helen of Troy | B | Dividend | | | Sold | 8/18 | J | B | |
| 33. | Medco Health Solutions (Spinoff of Merck & Co.) | A | Dividend | J | | | | | | |
| 34. | Medco Health Solutions | | Dividend | | | Sold | 6/10 | J | C | |
| 35. | Comcast Corp. (Spinoff of AT&T) | A | Dividend | J | | | | | | |
| 36. | Comcast Corp. | A | Dividend | | | Sold | 10/25 | J | A | |

1: Income/Gain Codes.  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000  P = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cardamone, Richard J | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Wells Fargo & Co. (Corporate Bond) | | None | K | T | | | | | |
| 38. Wells Fargo & Co. | | Interest | | | Sold | 10/6 | K | B | |

1. Income/Gain Codes:   A = $1,000 or less   B = $2,001-$2,900   C = $2,501-$5,000   D = $6,001-$15,600   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1) Part VII, page 2, line 31 – This investment was inadvertently omitted from previous report.

2) Part VII, page 2, line 33 – This investment was not purchased but was acquired as a spinoff of Merck & Co., which is listed on line 13.  It was also inadvertently omitted from previous report.

3) Part VII, page 2, line 35 – This investment was not purchased but was acquired as a spinoff of AT&T, which is listed on line 7.  It was also inadvertently omitted from previous report.

4) Part VII, page 3, line 37 – This investment was inadvertently omitted from previous report.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date _____May 16, 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544